# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00813-CV

**In re Stephen D. Fox, as next friend of C.F. and M.F.**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of injunction is denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   January 7, 2015